# VERDICT FORM

Note: Complete the following paragraph by filling in the blanks as required by your verdict. If you assess a percentage of fault to any of those listed below, write in a percentage not greater than 100%, otherwise write in "zero" next to that name. If you assess a percentage of fault to any of those listed below, the total of such percentages must be 100%.

On the claim of plaintiff for wrongful death, we, the undersigned jurors, assess percentages of fault as follows:

| | | | |
|---|---|---|---|
| Defendant: | George W. Holcomb, III, M.D. | 90 % | (zero to 100%) |
| | Children's Mercy Hospital | 10 % | (zero to 100%) |
| | **TOTAL** | 100 % | (zero OR 100%) |

Complete the following if you assessed a percentage of fault to defendant. Complete by writing in the amount of damages, if any, for each of the following itemized categories. If you do not find that plaintiff has damages in a particular category, write "none" in that category. The total damages must equal the total of the itemized damage amounts you have assessed.

**ECF**

We, the undersigned jurors, disregarding any fault on the part of decedent or plaintiff, find the total damages of plaintiff, as defined in Instructions 17 and 18, as follows:

For past economic damages: $ 100,000

For past non-economic damages: $ 500,000

For future non-economic damages: $ 500,000

TOTAL DAMAGES $ 1,100,000

Note: All jurors who agree to the above must sign below:

_Tonya Preston_  _Richard Smith_

_Erik Hurd_  _Joshua Morton_

_Helen McDaniel_  _William O. R. III_

_Stacy R Carrick_

DATE: 9-22-05